**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Stanley Golson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-000446

---

**ON WRIT OF CERTIORARI**

---

Appeal From Lexington County
Frank R. Addy, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-074
Submitted December 15, 2015 – Filed December 23, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Patrick Lowell Schmeckpeper, both of Columbia, for Respondent.

_____

**PER CURIAM:**  We granted Stanley Golson's petition for a writ of certiorari to review the dismissal of his application for Post-Conviction Relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**


**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**